UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK FULTZ,

    Plaintiff,                                      Case No. 2:22-cv-12412

v.                                               Hon. Sean F. Cox

HAGGERTY NOVI OWNER, LLC,       Magistrate David R. Grand
a Delaware Limited Liability Company,

    Defendant.

| LAW OFFICES OF OWEN DUNN, JR. | JACKSON LEWIS P.C. |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Emily M. Petroski (P63336) |
| Attorneys for Plaintiff | Elyse K. Culberson (P82132) |
| The Ottawa Hills Shopping Center | Attorneys for Defendant |
| 4334 W. Central Ave., Suite 222 | 2000 Town Center, Suite 1650 |
| Toledo, Ohio  43615 | Southfield, Michigan 48075 |
| (419) 241-96612 | (248) 936-1900 |
| dunnlawoffice@sbcglobal.net | Emily.Petroski@jacksonlewis.com |
|  | Elyse.Culberson@jacksonlewis.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Upon stipulation of the parties and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear his or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated: July 17, 2023              s/Sean F. Cox
                                  Sean F. Cox
                                  U. S. District Judge


STIPULATED AND AGREED TO BY:

| LAW OFFICES OF OWEN DUNN, JR. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Owen B. Dunn, Jr. (w/consent) | /s/ Elyse K. Culberson |
| Owen B. Dunn, Jr. (P66315) | Emily M. Petroski (P63336) |
| Attorneys for Plaintiff | Elyse K. Culberson (P82132) |
| The Ottawa Hills Shopping Center | Attorneys for Defendant |
| 4334 W. Central Ave., Suite 222 | 2000 Town Center, Suite 1650 |
| Toledo, Ohio  43615 | Southfield, Michigan 48075 |
| (419) 241-96612 | (248) 936-1900 |
| dunnlawoffice@sbcglobal.net | Emily.Petroski@jacksonlewis.com |
|  | Elyse.Culberson@jacksonlewis.com |

Dated: July 11, 2023